PORTER ET AL. *v.* THE FAIRLAND AND SHELBYVILLE TURNPIKE CO. ET AL.

From the Shelby Circuit Court.

*K. M. Hord* and *A. Blair,* for appellants.
*B. F. Love, T. W. Woollen* and *L. J. Hackney,* for appellees.

NIBLACK, J.—This was a proceeding in the court below, by the appellants, to enjoin the collection of certain benefits claimed to have been

assessed against their lands, on account of the location and proposed construction of a line of road by the Fairland and Shelbyville Turnpike Company. There was a temporary restraining order. The appellees answered in two paragraphs, and a demurrer to the second paragraph was overruled, to which the appellants excepted. The appellants then replied to the said second paragraph of the answer. A demurrer was sustained to the reply, to which an exception was also reserved. The appellants refusing further to reply, judgment was entered for the appellees.

All the essential questions involved in this case were passed upon and decided by this court, in the case of *Webb* v. *The Brandywine Junction Turnpike Company*, 55 Ind. 441.

On the authority of that case, the judgment in this case will have to be reversed.

The judgment is reversed, at the costs of the appellees, and the cause is remanded, for further proceedings.